1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| SGII, INC. d/b/a SENEGENCE INTERNATIONAL, a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>SODA CHANDA SUON, an individual,<br><br>            Defendant. | Case No. 8:21-cv-01168-DOC-(JDEx)<br><br>ORDER ENTERING PRELIMINARY INJUNCTION  [18]<br><br>Hon. David O. Carter<br><br>Date action filed:  July 6, 2021 |

ORDER ENTERING PRELIMINARY INJUNCTION

The Court, having read and considered the stipulation between Plaintiff SGII, Inc. d/b/a SeneGence International ("Plaintiff") and Defendant Soda Chanda Suon ("Defendant") for the entry of a Preliminary Injunction Order, and good cause appearing,

**IT IS ORDERED** that the stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that:

1. Defendant, and all individuals or entities actimg in concert or participation with him who receive actual notice of this Order by personal service or otherwise, are enjoined from accessing, disclosing, reproducing, or using any Plaintiff trade secrets or confidential information; and

2. Defendant, and all individuals or entities acting in concert or participation with him who receive actual notice of this Order by personal service or otherwise, shall return to Plaintiff all originals and copies of any and all files, devices, and/or documents, whether hard copy or electronic form, that contain Plaintiff's trade secret and confidential information.

**IT IS FURTHER ORDERED** that the above Preliminary Injunction Order is effective immediately and shall remain in effect pending trial in this action or further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff is not required to file an undertaking in connection with the entry of this order.

Dated: July 28, 2021

*/s/ David O. Carter*
Honorable David O. Carter
United States District Judge