JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| SGII, INC. d/b/a SENEGENCE INTERNATIONAL, a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>SODA CHANDA SUON, an individual,<br>        Defendant. | Case No. 8:21-cv-01168-DOC-JDE ORDER FOR DISMISSAL<br><br>[42]<br><br>Hon. David O. Carter<br><br>Date action filed: July 6, 2021 |

**[PROPOSED] ORDER**

The Court having considered the foregoing stipulations of the parties, and good cause having been shown, this action is dismissed without prejudice and without costs or attorneys' fees to either party as against the other. The Court shall retain jurisdiction to enforce the Permanent Injunction and the Settlement Agreement and any disputes that may arise out of the same.

SO ORDERED this 10 day of February 2022

_David O. Carter_
_____
HON. DAVID O. CARTER
U.S. DISTRICT JUDGE